# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| KYLE E. PITTENGER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 10-cv-4038 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## O P I N I O N  &  O R D E R

This matter is before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. 1). On October 21, 2008, Petitioner waived indictment and pled guilty in this Court to mail fraud pursuant to a plea agreement. On November 24, 2009, he was sentenced to 87 months in custody and 5 years of supervised release.

In his Memorandum in Support of his § 2255 Motion, Petitioner argues that the Court relied on conduct not admitted to in his guilty plea in sentencing him, that the restitution ordered was erroneously calculated, that prosecutors wrongfully used information from a June 25, 2008 interview with him, that his due process rights were violated because he was never indicted and because he did not enter a knowing guilty plea, that the government's evidence against him was both insufficient and illegally obtained, and that his counsel was ineffective. (Doc. 1 at 9, 16, 18, 24-26, 31).

Pursuant to 28 U.S.C. § 2255 and Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court has considered the grounds set forth in the motion and cannot determine that Petitioner's claims are without merit.

IT IS THEREFORE ORDERED:

1. The Clerk SHALL serve a copy of the motion by certified mail upon Respondent.

2. Respondent SHALL file an answer, motion, or other responsive pleading within sixty (60) days after service of this Order. Respondent should address any facts which would establish whether Petitioner's claims are untimely or procedurally barred. In addition, Respondent should address the merits of Petitioner's constitutional claims and otherwise fully comply with Rule 5.

3. Petitioner may file a reply to Respondent's response within thirty (30) days of being served with the response.

4. Petitioner SHALL serve upon the United States Attorney's office a copy of every further pleading or other document submitted for consideration by the Court.

Entered this <u>20th</u> day of April, 2010.

                                                  s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                        United States Senior District Judge