**E-FILED**
Friday, 01 July, 2011 02:43:34 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



FILED
JUL -1 2011
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kyle E. Pittenger, )
)
)
vs. ) Case Number: **10-4038**
)
)
United States of America. )

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus relief is DISMISSED WITH PREJUDICE and the certificate of appealability is DENIED.

Dated: 6/30/2011

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court

